

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *Main:* **(973) 645-2700**
*Newark, New Jersey 07102*          *Direct:* **(973) 297-2029**
*christopher.stratigeas@usdoj.gov*

August 10, 2026

<u>**Via Electronic Filing**</u>
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:   ***Bruno Sanchez v. Soto, et al.,*** **No. 26-09770 (MCA)**
>        **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action.  We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 9:15 p.m. on August 8, 2026.

Respondents apologize to the Court and Petitioner for this late release. On August 7, 2026, at 11:47 a.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied.  *See* ECF No. 3.  Upon receipt, this Office promptly conveyed the order to ICE.  However, ICE released Petitioner approximately nine hours after the 24-hour deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints.  We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney General

By:   */s Christopher J. Stratigeas*
      CHRISTOPHER J. STRATIGEAS
      Assistant United States Attorney
      *Attorneys for the Respondents*

Hon. Madeline Cox Arleo, U.S.D.J.
August 10, 2026
Page 2

cc:     All counsel of record (*via electronic filing*)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   8/12/26

2